IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOHAIL ALLAUDIN, | § § § | |
| Plaintiff, | § § | Cause No. 4:18cv351 |
| VS. | § § | Jury Trial Demanded |
| PERRY'S RESTAURANTS, LTD., | § § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Plaintiff Sohail Allaudin appeals the Final Judgment (Doc. 29), the Order granting summary judgment (Doc. 28), and the taxation of costs to the United States Court of Appeals for the Fifth Circuit.

              Respectfully submitted,

              /s/ David C. Holmes
              David C. Holmes, Attorney in Charge
              State Bar No. 09907150
              13201 Northwest Freeway, Suite 800
              Houston, Texas 77040
              Telephone: 713-586-8862
              Fax: 713-586-8863
              dholmes282@aol.com

              ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of this pleading was sent electronically to all counsel of record on August 2, 2019.

                                  /s/ David C. Holmes
                                    David C. Holmes