IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOHAIL ALLAUDIN, | § § § | |
| Plaintiff, | § § | Cause No. 4:18cv351 |
| VS. | § § | Jury Trial Demanded |
| PERRY'S RESTAURANTS, LTD., | § § | |
| Defendant. | § | |

**NOTICE OF NO LONGER CONNECTED WITH DOCKET**

Please take notice that Alix L. Udelson of Blank Rome is no longer connected to Defendant Perry's Restaurants, Ltd., Ogletree, Deakins, Nash, Smoak & Stewart, P.C. or with this docket. Please remove her from this docket and the USCA No. 19-20546, Fifth Court of Appeals docket. Her current information is:

Alix L. Udelson
SBOT #: 24093290
USDC Southern Texas #: 3124866
Blank Rome
717 Texas Ave #1400
Houston, Texas 77002
713.632.8625
audelson@blankrome.com

Jeffrey Shannon Mayes shall remain lead counsel of record for Defendant and should continue receiving service and notice of all filings and matters in this case.

1

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

 */s/ Jeff S. Mayes*
Jeff S. Mayes, Attorney-in-Charge
SBOT #: 00797025
USDC Southern Texas #: 22129
Devin S. Vasquez
SBOT #: 24098543
USDC Southern Texas #: 3027141
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
Telephone (713) 655-0855
Fax (713) 655-00020
jeffrey.mayes@ogletreedeakins.com
devin.vasquez@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT
PERRY'S RESTAURANTS, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, the foregoing document was electronically filed using the Court's ECF/CM system, which will provide notice and service to all parties of record.

 */s/ Jeff S. Mayes*
Jeff S. Mayes